UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Docket No. 5:23-CR-168-1M

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| LAZARO LESMO SANCHEZ ) | |
| Defendant ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for September 25, 2023, in Wilmington. The case is hereby CONTINUED to 10/24/23 in Wilmington, North Carolina.

This 6th day of September 2023.

Richard E. Myers II
Chief United States District Judge