UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CR-00168-M

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER OF RESTITUTION |
| | ) | |
| LAZARO LESMO SANCHEZ. | ) | |

This matter comes before the Court on the Government's motion, with the consent of the Defendant, for an order of restitution pursuant to Title 18, United States Code, Section 3663 *et seq*. For good cause shown, and pursuant to 18 U.S.C. § 3664(d)(5), the motion is GRANTED.

It is hereby **ORDERED** that LAZARO LESMO SANCHEZ ("Defendant") shall pay restitution in the amount of $18,557.25 to the victims of the offense. The total restitution shall be distributed to the following victims in the amount set forth below:

| VICTIM | AMOUNT |
|---|---|
| Sun Trust Bank<br>Attn: Loss Prevention<br>7455 Chancellor Drive<br>Orlando, FL  32809 | $897.39 |
| Capital One Bank<br>Specialty Investigations<br>P.O. Box 85582<br>Richmond, VA | $274.41 |
| American Express<br>Attn:  Mariane King<br>200 Vesey Street, Mail Code 01-04-02<br>New York City, NY  10285 | $1,897.01 |
| Citibank<br>Citi Security and Investigative Services<br>Attn: Lauren Tuten<br>One Penn's Way<br>New Castle, DE   19720 | $941.12 |
| JP Morgan Chase Bank<br>Attn: Fraud Division | $6,617.76 |

| | |
|---|---|
| 2500 Westfield Drive<br>Elgin, IL 60123 | |
| First Citizens Bank and Trust<br>Attn: Melissa Simmons/Resolution Specialist<br>110 Church Ave., Suite 310<br>FCB Mail Code: RVA-01<br>Roanoke, VA 24011 | $37.81 |
| Bank of America<br>Attn: Jesse Orozco, Investigator<br>339 Yale Avenue<br>CA6-112-01-01<br>Claremont, CA 91711-4727 | $2,118.19 |
| US Bank National<br>Attn: Prevention, Loss<br>4325 17th Avenue, SW<br>Fargo, ND 58125 | $1,507.98 |
| Coastal Federal Credit Union<br>Attn: Fraud Specialist – Poonam Gupta<br>1000 St. Albans Drive<br>Raleigh, NC 27609 | $891.24 |
| Fidelity Bank<br>Attn: Ryan Blackwell<br>100 S. Main St.<br>Fuquay Varina, NC 27526 | $58.10 |
| State Employees Credit Union<br>3808 Six Forks Rd.<br>Raleigh, NC 27611 | $832.71 |
| Local Government Credit Union<br>Attn: Lavanya Hospeti, Legal Process Analyst I<br>119 Salisbury St.<br>Raleigh, NC 27603 | $48.00 |
| Navy Federal Credit Union<br>Attn: Fraud<br>820 Follin Lane<br>Vienna, VA 22180 | $125.63 |
| Discover Financial Services<br>Attn: Fraud Prevention<br>P.O. Box 6106<br>Carol Stream, IL 60197 | $603.25 |
| Wells Fargo<br>Attn: Wendy Tam<br>333 Market Street, 30th Floor<br>San Francisco, CA 94105 | $389.46 |
| Stearns Ford<br>Attn: Sharon Johnson<br>P.O. Box 2480<br>Burlington, NC 27216 | $1,317.19 |

It is FURTHER ORDERED that Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter and related matters, including, but not limited to, Henry Herrera Garcia, who was charged and convicted in U.S. District Court for the Southern District of Mississippi, 1:22-CR-00091-1.

It is FURTHER ORDERED that restitution is due immediately and during the term of incarceration. In the event that restitution is not paid in full prior to the termination of supervised release, Defendant is ordered to enter into a written agreement with the Financial Litigation Unit of the U.S. Attorney's Office for payment of the remaining balance.

The Clerk shall issue an Amended Judgment consistent with this order.

SO ORDERED, this \_\_\_\_5th\_\_\_\_ day of February, 2024.

Richard E. Myers II
Chief United States District Judge